# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY ANTHONY JONES, | ) | 1:07-CV-00656 LJO NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | SANCTIONS SHOULD NOT BE IMPOSED |
| v. | ) | FOR FAILING TO COMPLY WITH A |
| | ) | COURT ORDER |
| | ) | [Doc. #4] |
| WARDEN MENDOZA-POWERS, et al., | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondents. | ) | TO SERVE ORDER ON ATTORNEY |
| | ) | GENERAL |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On May 17, 2007, a Scheduling Order was issued in this case wherein the parties were directed to file a completed consent/decline form. In addition, Respondent was directed to file a notice of appearance within sixty days of the date of service of the order. Further, Respondent was ordered to file a motion to dismiss the petition within sixty days or an answer within ninety days of the date of service of the order.

On July 17, 2007, Deputy Attorney General Jessica N. Blonien appeared on behalf of Respondent. On the same date, Respondent filed a decline to jurisdiction of the Magistrate Judge. On July 20, 2007, Petitioner filed a consent to jurisdiction of the Magistrate Judge. As of this date, however, over ninety (90) days have passed and the Court has not received the Court ordered response from Respondent.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or

with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondent is HEREBY ORDERED to, within thirty (30) days of service of this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated:   **September 10, 2007**            /s/ **Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE