# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ANTHONY JONES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN MENDOZA-POWERS, et al.,<br><br>Respondents. | 1:07-CV-00656 LJO NEW (DLB) HC<br><br>ORDER VACATING ORDER TO SHOW CAUSE ISSUED ON SEPTEMBER 11, 2007 [Doc. #8]<br><br>ORDER GRANTING PETITIONER EXTENSION TO FILE TRAVERSE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 11, 2007, this Court issued an Order directing Respondent to show cause why sanctions should not be imposed for failure to comply with a court order. Specifically, Respondent had failed to submit a motion or answer in compliance with the Court's scheduling order dated May 17, 2007.

On September 17, 2007, Respondent filed a response to the Order to Show Cause as well as an answer to the petition. Counsel for Respondent states she failed to verify the deadline for filing the response on her calendar and thus neglected to file a timely response. Counsel requests leave to file a late answer to the petition.

While Counsel may have acted negligently, it does not appear that sanctions are warranted at

this time. Upon receiving notice of her error, Counsel promptly submitted an answer within six days. There is no evidence that Counsel intentionally disregarded a court order. Nevertheless, Counsel is cautioned that such calendaring errors should be avoided in the future.

     Accordingly, the September 11, 2007, Order to Show Cause is HEREBY VACATED. Respondent's request to file a late answer is GRANTED, and Petitioner is GRANTED thirty (30) days from the date of service of this order to file a traverse.

     IT IS SO ORDERED.

**Dated:   September 24, 2007**                             /s/ **Dennis L. Beck**
                                                                 UNITED STATES MAGISTRATE JUDGE